THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AMEDO JOHN MARCHITELLI, Also Known as JOHN MARCH, Appellant.

Submitted February 6, 1956; decided February 9, 1956.

*Frank D. O'Connor, District Attorney (Stephen J. Masse* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.